1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 BOARD OF TRUSTEES OF THE              Case No.: C 07 02549 WDB
   LABORERS HEALTH AND WELFARE
11 TRUST FUND FOR NORTHERN              STIPULATION TO SET ASIDE CLERK'S
   CALIFORNIA; BOARD OF TRUSTEES OF     ENTRY OF DEFAULT AGAINST
12 THE LABORERS VACATION-HOLIDAY        ZOLMAN CONSTRUCTION &
   TRUST FUND FOR NORTHERN              DEVELOPMENT, INC., AND SYNERGY
13 CALIFORNIA; BOARD OF TRUSTEES OF     PROJECT MANAGEMENT. J/V, a joint
   THE LABORERS PENSION TRUST FUND      venture; ZOLMAN CONSTRUCTION &
14 FOR NORTHERN CALIFORNIA; and         DEVELOPMENT, INC., a California
   BOARD OF TRUSTEES OF THE             corporation; SYNERGY PROJECT
15 LABORERS TRAINING AND RETRAINING     MANAGEMENT, a sole proprietorship;
   TRUST FUND FOR NORTHERN              ORDER THEREON
16 CALIFORNIA,

17              Plaintiffs,

18      v.

19 E. UGARTE, INC. a California corporation dba
   KEVIN NELSON CONCRETE
20 CONSTRUCTION COMPANY; EDGAR
   ORLANDO UGARTE, an Individual;
21 ZOLMAN CONSTRUCTION &
   DEVELOPMENT, INC. AND SYNERGY
22 PROJECT MANAGEMENT, J/V, a joint
   venture; ZOLMAN CONSTRUCTION &
23 DEVELOPMENT, INC., a California
   corporation; SYNERGY PROJECT
24 MANAGEMENT, a sole proprietorship; and
   DOES 1-10,
25
                Defendants.
26

27

28

                              – 1 –

   STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT; ORDER THEREON

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a joint venture; Zolman Construction & Development, Inc.; and Synergy Project Management, a sole proprietorship ("Zolman Defendants"), on the other hand, through their respective counsel, as to the following.

On May 14, 2007 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, For Breach of Fiduciary Duty and For Mandatory Injunction ("Complaint") against all defendants, including the Zolman Defendants. The Zolman Defendants were served on May 22, 2007. No responsive pleading was filed.

On November 1, 2007 the Clerk of Court entered the default of the Zolman Defendants.

On April 17, 2009 Plaintiffs filed their motion for default judgment against the Zolman Defendants. Hearing is set for June 10, 2009.

On or about May 4, 2009 Patricia Walsh, counsel for the Zolman Defendants, called Ronald L. Richman, counsel for Plaintiffs, and advised Mr. Richman that the Zolman Defendants confused this litigation with another trust fund litigation that was settled and for that reason, failed to file a responsive pleading. Ms. Walsh advised that the failure to respond was inadvertent. Ms. Walsh requested that Plaintiffs agree to set aside the Clerk's Entry of Default, vacate the hearing date on Plaintiffs' motion for default judgment and allow the Zolman Defendants to file a responsive pleading. Plaintiffs agreed.

///
///
///
///
///
///
///

-2-

1    Based on the above, the parties request that this Court vacate the Clerk's Entry of

2  Default against the Zolman Defendants, vacate the hearing date on Plaintiffs' motion for default

3  judgment and allow the Zolman Defendants 10 days to file a responsive pleading.

4  DATED:  May 20, 2009

5                                                      BULLIVANT HOUSER BAILEY PC

6

7                                                      By _____
                                                         Ronald L. Richman
8

9                                                      Attorneys for Plaintiffs

10  DATED:  May 20, 2009

11                                                     LEONIDOU & ROSIN

12

13                                                     By _____
                                                         Patricia Walsh
14

15                                                     Attorneys for Defendants
                                                       Zolman Construction & Development, Inc. and
16                                                     Synergy Project Management, J/V, a joint venture;
                                                       Zolman Construction & Development, Inc.; and
17                                                     Synergy Project Management, a sole proprietorship

18

19

20

21

22

23

24

25

26

27

28

                                         – 3 –

1

**ORDER**

2    The Court having read the Stipulation to Vacate Clerk's Entry of Default and good cause

3    appearing therefore:

4    IT IS HEREBY ORDERED that the Clerk's Entry of Default is vacated, the hearing date

5    on Plaintiffs' motion for default judgment is vacated and Defendants Zolman Construction &

6    Development, Inc. and Synergy Project Management, J/V, a joint venture; Zolman Construction

7    & Development, Inc.; and Synergy Project Management, a sole proprietorship shall have 10

8    days from the date this Order is signed and filed to file a responsive pleading. Plaintiffs' counsel
     is directed to serve a copy of this order on the Zolman Construction and Synergy Defendants.

9    DATED: May __27__, 2009

10

11   By _____

12   HON. WAYNE D. BRAZIL
     UNITED STATES MAGISTRATE JUDGE

13

14

15   11601664.1

16

17

18

19

20

21

22

23

24

25

26

27

28

— 4 —

STIPULATION TO VACATE CLERK'S ENTRY OF DEFAULT; ORDER THEREON