LEONIDOU & ROSIN
Professional Corporation
Janette G. Leonidou (SBN 155257)
Patricia Walsh (SBN 121098)
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888
pwalsh@alr-law.com

Attorneys for Defendants
ZOLMAN CONSTRUCTION & DEVELOPMENT, INC. AND SYNERGY PROJECT MANAGEMENT, J/V; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., and SYNERGY PROJECT MANAGEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> E. UGARTE, INC., a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGARD ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC. AND SYNERGY PROJECT MANAGEMENT, J.V., a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and | Case No.: C 07 02549 WDB <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

1

| | |
|---|---|
| DOES 1-10,<br><br>    Defendants.<br>_____<br>ZOLMAN CONSTRUCTION & DEVELOPMENT, INC. AND SYNERGY PROJECT MANAGEMENT, J.V., a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship,<br><br>    Cross-Claimants<br><br>vs.<br><br>E. UGARTE, INC., a California corporation, dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY, and ROES 1 through 25,<br><br>    Cross-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, Zolman Construction & Development, Inc., and Synergy Project Management wish to enter into a settlement of this matter and have taken affirmative steps to explore a settlement with plaintiff directly, rather than through counsel. Telephone messages were exchanged over the past month, and only this week did Mr. Reza Zolfaghari reach his contact at the Laborers Fund. Defendants believe than an agreement can be reached in the near future but require more time for that purpose and therefore request this continuance. Based on these representations, plaintiffs' counsel, Kevin Ho, has agreed to a continuance of two weeks. However, the Court not being available earlier, the parties agree that the case management conference previously scheduled for July 9, 2009 at 1:30 p.m. may be continued to July 27, 2009

//

//

//

//

1 | at 1:30 p.m. Case Management Statements would therefore be due on July 20, 2009.
2 | It is so stipulated.
3 | Dated: July 1, 2009

LEONIDOU & ROSIN
Professional Corporation

By _____
Patricia Walsh
Attorney for Defendants and Cross-Complainants
ZOLMAN CONSTRUCTION & DEVELOPMENT, INC. AND SYNERGY PROJECT MANAGEMENT, J/V; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.; and SYNERGY PROJECT MANAGEMENT

Dated: July 1, 2009

BULLIVANT HOUSER BIALEY PC

By _____
Kevin K. Ho
Attorney for Plaintiffs
BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/2/09

IT IS SO ORDERED
_____
Judge Wayne D. Brazil

3