UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND
WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA, et al.

Plaintiffs,

v.

E. UGARTE, INC., et al.

Defendants.

No. C 07-2549 WDB

ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE

On July 27, 2009, the Court conducted a case management conference in this matter. For reasons more fully explained on the record, the Court ORDERS as follows:

Because of Judge Brazil's upcoming retirement in October, the Court cannot set a trial date that meets the parties' requirements. Accordingly, this case will be reassigned to another judge. The parties are ORDERED to confer about whether they jointly prefer that the case be reassigned to a specific Magistrate Judge, randomly reassigned to a Magistrate Judge in San Francisco, or randomly reassigned among a pool of District Court Judges and Magistrate Judges in the Northern District of California. By **Friday, July 31, at 12:00 p.m.**, counsel for the Plaintiff is ORDERED to send a communication to the Court via fax indicating the parties' position.

IT IS SO ORDERED.

Dated: July 27, 2009

WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties, WDB