United States District Court
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   BOARD OF TRUSTEES OF THE LABORERS
    HEALTH AND WELFARE TRUST FUND FOR
9   NORTHERN CALIFORNIA ET AL,                    No. 07-02549  EDL
10              Plaintiff,                         **ORDER GRANTING APPLICATION  TO
                                                  APPEAR TELEPHONICALLY**
11     v.
12   E. UGARTE, INC. ET AL,
13              Defendants.
                                          /
14
15          On August 10, 2009, Defendants' counsel filed a request to appear telephonically at the initial
16   case management conference set for August 11, 2009 at 10:00 a.m. Good cause appearing, IT IS
17   HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by beginning at the date
18   and time above until called by the Court.  No later than 5:00 p.m. on August 10, 2009, counsel shall
19   call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to
20   call on for this appearance.
21
22   Dated: August 10, 2009
23                                                _____
                                                  ELIZABETH D. LAPORTE
24                                                United States Magistrate Judge
25
26
27
28