**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA ET AL,

                    Plaintiff,

    v.

E. UGARTE, INC. ET AL,

                    Defendant.
_____/

No. C-07-02549 EDL

**ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE**

    The Court held a Case Management Conference on August 11, 2009.  After discussion with
the parties, the Court set a Further Case Management Conference for October 13, 2009 at 3:00 p.m.
A joint updated Case Management Conference Statement shall be filed no later than October 6,
2009.

    **IT IS SO ORDERED.**

Dated: August 11, 2009

_Elizabeth D. Laporte_
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge