Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
e-mail: ron.richman@bullivant.com
e-mail: joye.blanscett@bullivant.com
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>E. UGARTE, INC., a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., AND SYNERGY PROJECT MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and DOES 1-10,<br><br>Defendants. | Case No.: C 07 02549 WDB<br><br>STIPULATED JUDGMENT BETWEEN LABORERS TRUST FUNDS AND DEFENDANTS |

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the

1  Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the
2  Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers
3  Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") and E.
4  Ugarte, Inc., a California corporation dba Kevin Nelson Concrete Construction Company, and
5  Edgar Orlando Ugarte, jointly and severally, that Judgment be entered in favor of Plaintiffs
6  Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California,
7  Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board
8  of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of
9  the Laborers Training and Retraining Trust Fund for Northern California and against
10 Defendants E. Ugarte, Inc., a California corporation dba Kevin Nelson Concrete Construction
11 Company, and Edgar Orlando Ugarte and each of them, in the amount of $18,674.87.

DATED: January ___, 2008                    Plaintiffs Laborers Trust Funds

                                            By _John J. Hagan_____

DATED: January ___, 2008                    E. Ugarte, Inc.

                                            By _____

                                            Its _____

DATED: January ___, 2008

                                            By _____
                                               Edgar Orlando Ugarte

The undersigned counsel have advised their clients regarding this stipulation and have approved it as to form.

6088268.1
-2-
STIPULATED JUDGMENT

DATED: January ___, 2008

BULLIVANT HOUSER BAILEY PC

By /s/ Susan J. Olson
Susan J. Olson
Attorneys for Plaintiffs

DATED: January ___, 2008

Rice & Bronitsky

By /s/ Charles S. Bronitsky
Charles S. Bronitsky, Esq
Attorneys for Defendants E. Ugarte, Inc. and Edgar Orlando Ugarte

**JUDGMENT**
and because there is no just reason for delay
Based on the Stipulation for Judgment, IT IS HEREBY ORDERED that Judgment be entered in favor of Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California and against Defendants E. Ugarte, Inc., a California corporation dba Kevin Nelson Concrete Construction Company, and Edgar Orlando Ugarte and each of them, in the amount of $18,674.87.

Dated: August 13, 2009

By /s/ Elizabeth D. Laporte
IT IS SO ORDERED
HON. ~~WAYNE D. BRAZIL~~ ELIZABETH D. LAPORTE
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

6088268.1

-3-

STIPULATED JUDGMENT