IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA ET AL,

    Plaintiff,

v.

E. UGARTE, INC. ET AL,

    Defendants.

No. 07-02549 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On October 5, 2009, Defendants' counsel filed a request to appear telephonically at the case management conference set for October 13, 2009 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than October 9, 2009, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: October 5, 2009

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge