| | |
|---|---|
| Ronald L. Richman, SBN 139189<br>Susan J. Olson, SBN 152467<br>BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108<br>Telephone: 415.352.2700<br>Facsimile: 415.352.2701<br>E-Mail: ron.richman@bullivant.com<br>E-Mail: susan.olson@bullivant.com<br><br>Attorneys for Plaintiffs | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>v.<br><br>E. UGARTE, INC. a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC. AND SYNERGY PROJECT MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and DOES 1-10,<br><br>    Defendants. | Case No.: C 07 02549 EDL<br><br>**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANTS ZOLMAN CONSTRUCTION AND DEVELOPMENT INC. AND SYNERGY PROJECT MANAGEMENT, J/V, A Joint Venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.; A California Corporation; and SYNERGY PROJECT MANAGEMENT, A sole proprietorship; ORDER THEREON** |

– 1 –
STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, AS TO CERTAIN DEFENDANTS

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and |
| 3 | Defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a |
| 4 | joint venture; Zolman Construction & Development, Inc., a California corporation; and Synergy |
| 5 | Project Management, a sole proprietorship, on the other hand, that pursuant to a settlement |
| 6 | reached between these parties, this case be dismissed, without prejudice, as to defendants |
| 7 | Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a joint |
| 8 | venture; Zolman Construction & Development, Inc., a California corporation; and Synergy |
| 9 | Project Management, a sole proprietorship. |
| 10 | DATED: January 19, 2010 |
| 11 | BULLIVANT HOUSER BAILEY PC |
| 13 | By _____ |
| 14 | Ronald L. Richman<br>Susan J. Olson |
| 15 | Attorneys for Plaintiffs |
| 16 | 12271336.1 |
| 17 | DATED: January 19, 2010 |
| 18 | LEONIDOU & ROSIN |
| 20 | By _____<br>Patricia Walsh |
| 22 | Attorneys for Defendants<br>Zolman Construction & Development, Inc. and<br>Synergy Project Management, J/V, a joint venture;<br>Zolman Construction & Development, Inc.; and<br>Synergy Project Management, a sole proprietorship |

## ORDER

The Court having read the Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that this case, be dismissed, without prejudice, as to Defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a joint venture; Zolman Construction & Development, Inc., a California corporation; and Synergy Project Management, a sole proprietorship.

DATED: ~~January~~ February 3____, 2010

By _____
Hon. Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE



-3-
STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, AS TO CERTAIN DEFENDANTS