Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>E. UGARTE, INC. a California corporation dba KEVIN NELSON CONCRETE CONSTRUCTION COMPANY; EDGAR ORLANDO UGARTE, an Individual; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC. AND SYNERGY PROJECT MANAGEMENT, J/V, a joint venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC., a California corporation; SYNERGY PROJECT MANAGEMENT, a sole proprietorship; and DOES 1-10,<br><br>Defendants. | Case No.: C 07 02549 EDL<br><br>**STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANTS ZOLMAN CONSTRUCTION AND DEVELOPMENT INC. AND SYNERGY PROJECT MANAGEMENT, J/V, A Joint Venture; ZOLMAN CONSTRUCTION & DEVELOPMENT, INC.; A California Corporation; and SYNERGY PROJECT MANAGEMENT, A sole proprietorship; ORDER THEREON** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a joint venture; Zolman Construction & Development, Inc., a California corporation; and Synergy Project Management, a sole proprietorship, on the other hand, that pursuant to a settlement reached between these parties, this case be dismissed, without prejudice, as to defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a joint venture; Zolman Construction & Development, Inc., a California corporation; and Synergy Project Management, a sole proprietorship.

DATED: January 19, 2010

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

12271336.1

DATED: January 19, 2010

LEONIDOU & ROSIN

By _____
Patricia Walsh

Attorneys for Defendants
Zolman Construction & Development, Inc. and
Synergy Project Management, J/V, a joint venture;
Zolman Construction & Development, Inc.; and
Synergy Project Management, a sole proprietorship

**ORDER**

The Court having read the Stipulation and good cause appearing therefore:

IT IS HEREBY ORDERED that this case, be dismissed, without prejudice, as to Defendants Zolman Construction & Development, Inc. and Synergy Project Management, J/V, a joint venture; Zolman Construction & Development, Inc., a California corporation; and Synergy Project Management, a sole proprietorship.

DATED: ~~January~~ February 3____, 2010

By _____
Hon. Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE



– 3 –
STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, AS TO CERTAIN DEFENDANTS